IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER HAYES HUNT,<br><br>                        Plaintiff,<br><br>      v.<br><br>CROSSMARK, INC., a Corporation,<br><br>                        Defendant. | CIVIL ACTION<br><br>No. 1: 2013-cv-01183<br><br><br>RULE 41 VOLUNTARY STIPULATION OF DISMISSAL |

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice and without cost to either party.

/s/ Richard P. Myers                              /s/Stephen E. Fox
Attorney for Plaintiff                                     Attorney for Defendant

Dated: 12-5-2013                                   Dated: 12-5-2013

IT IS SO ORDERED.

Dated:  December 6, 2013

SENIOR DISTRICT JUDGE