**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER HAYES HUNT,<br><br>                    Plaintiff,<br><br>        v.<br><br><br>CROSSMARK, INC., a Corporation,<br><br>                    Defendant. | CIVIL ACTION<br><br>No. 1: 2013-cv-01183<br><br><br>RULE 41 VOLUNTARY<br>STIPULATION OF<br>DISMISSAL |

        It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice and without cost to either party.


/s/ Richard P. Myers
Attorney for Plaintiff

Dated: 12-5-2013


/s/Stephen E. Fox
Attorney for Defendant

Dated: 12-5-2013


IT IS SO ORDERED.

Dated:   December 6, 2013

_____
SENIOR  DISTRICT  JUDGE